IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 06-1609 |
| | ) [Under Seal] |
| REAL PROPERTY KNOWN AND NUMBERED AS 116 WHISTLE DRIVE, HARRISON CITY, PA 15636, including all improvements, fixtures, and appurtenances thereto or therein; and | ) |
| REAL PROPERTY KNOWN AND NUMBERED AS 2328 HAYMAKER ROAD, MONROEVILLE, PA 15146, including all improvements, fixtures, and appurtenances thereto or therein. | ) |
| Defendants. | ) |

## ORDER

AND NOW, this 12th day of December, 2006, upon consideration of the United States' Motion for Order of Court Directing the Filing of Documents Under Seal, it is hereby

ORDERED, ADJUDGED and DECREED that the United States' Motion herein is granted and that the Clerk of the District Court is hereby directed and ordered to place under seal the United States' Verified Complaint for Forfeiture, the Motion for Order of Court Directing the Filing of Documents Under Seal, this Order, and any and all documents, docket entries and references on file in the Clerk's Office at the above-captioned civil action number until further Order of Court, except that the United States, and/or any other person and/or entity designated by the United States, may serve the complaint, the warrant of arrest and/or any other document of record to effectuate the warrant of arrest, and file lis pendens to protect the government's lien position.

_____
United States District Judge

UNITED STATES OF AMERICA v. REAL PROPERTY KNOWN AND NUMBERED AS 116 WHISTLE DRIVE, HARRISON CITY, PA 15636 et al   Doc. 2