IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1609 |
| | ) | |
| REAL PROPERTY KNOWN AND NUMBERED AS 116 WHISTLE DRIVE, HARRISON CITY, PA 15636, including all improvements, fixtures, and appurtenances thereto or therein; and | ) | |
| | ) | |
| REAL PROPERTY KNOWN AND NUMBERED AS 2328 HAYMAKER ROAD, MONROEVILLE, PA 15146, including all improvements, fixtures, and appurtenances thereto or therein. | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

AND NOW, this 22nd day of Jan , 2007, it is hereby,

ORDERED, ADJUDGED and DECREED that any and all documents, pleadings, dockets sheets, and references on file with the Clerk's Office be unsealed.

_____
United States District Judge