IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 06-1609 |
| | ) | |
| REAL PROPERTY KNOWN AND | ) | |
| NUMBERED AS 116 WHISTLE DRIVE, | ) | |
| HARRISON CITY, PA 15636, | ) | |
| including all improvements, | ) | |
| fixtures, and appurtenances | ) | |
| thereto or therein; and | ) | |
| | ) | |
| REAL PROPERTY KNOWN AND | ) | |
| NUMBERED AS 2328 HAYMAKER ROAD, | ) | |
| MONROEVILLE, PA 15146, | ) | |
| including all improvements, | ) | |
| fixtures, and appurtenances | ) | |
| thereto or therein. | ) | |
| | ) | |
| Defendants. | ) | |

ORDER OF COURT

AND NOW, this __21st__ day of __Feb__, 2007, it is hereby,

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby approved, the specific terms of which are incorporated by reference herein as if fully set forth.

_____
J.