IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>   Plaintiff, )<br>)<br>vs. )<br>)<br>REAL PROPERTY KNOWN AND )<br>NUMBERED AS 116 WHISTLE DRIVE, )<br>HARRISON CITY, PA 15636, )<br>including all improvements, )<br>fixtures, and appurtenances )<br>thereto or therein; and )<br>)<br>REAL PROPERTY KNOWN AND )<br>NUMBERED AS 2328 HAYMAKER ROAD, )<br>MONROEVILLE, PA 15146, )<br>including all improvements, )<br>fixtures, and appurtenances )<br>thereto or therein. )<br>)<br>   Defendants. ) | Civil Action No. 06-1609 |

ORDER OF COURT

AND NOW, this 26th day of Feb, 2007, it is hereby,

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation for Seizure is hereby approved, the specific terms of which are incorporated by reference herein as if fully set forth.

_____ J.