IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REAL PROPERTY KNOWN AND )<br>NUMBERED AS 116 WHISTLE DRIVE, )<br>HARRISON CITY, PA 15636, including )<br>all improvements, fixtures, and )<br>appurtenances thereto or therein; and )<br>)<br>REAL PROPERTY KNOWN AND )<br>NUMBERED AS 2328 HAYMAKER )<br>ROAD, MONROEVILLE, PA 15146, )<br>including all improvements, fixtures, and )<br>appurtenances thereto or therein. )<br>)<br>Defendants. ) | Civil Action No. 06-1609 |

ORDER OF COURT

AND NOW, this 29th day of March, 2007, it hereby

ORDERED, ADJUDGED, and DECREED that Mary McKeen Houghton, Assistant

United States Attorney, is hereby appointed as attorney-in-fact for Mauro Kisak in order to

transfer title of the 2005 Suzuki motorcycle, VIN JS1GT76A652103184 to Tim DeBold, and to

transfer title of the AMS custom chopper, VIN MV1N225905IND to Matthew M. Clista; and

that she shall be authorized to sign all necessary documents, including the titles, to effectuate the

transfers of the Suzuki motorcycle and the AMS custom chopper.

_____ J.