IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1609 |
| ) | |
| REAL PROPERTY KNOWN AND ) | |
| NUMBERED AS 116 WHISTLE DRIVE, ) | |
| HARRISON CITY, PA 15636, including ) | |
| all improvements, fixtures, and ) | |
| appurtenances thereto or therein; and ) | |
| ) | |
| REAL PROPERTY KNOWN AND ) | |
| NUMBERED AS 2328 HAYMAKER ) | |
| ROAD, MONROEVILLE, PA 15146, ) | |
| including all improvements, fixtures, and ) | |
| appurtenances thereto or therein. ) | |
| ) | |
| Defendant. ) | |

ORDER OF COURT

AND NOW, this 20th day of April, 2007, it is hereby ORDERED, ADJUDGED, and DECREED that the following personal property (the "Subject Vehicle") be and hereby is, forfeited to the United States of America free and clear of all right, title and interest of any person or entity:

a 2005 Suzuki motorcycle, VIN JS1GT76A652103184

It is further ordered that the United States take the necessary steps with the Pennsylvania Department of Transportation, Bureau of Motor Vehicles, to obtain title to the Subject Vehicle in the name of the United States of America.

_____
                                                                          J.