IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REAL PROPERTY KNOWN AND )<br>NUMBERED AS 116 WHISTLE DRIVE, )<br>HARRISON CITY, PA 15636, including )<br>all improvements, fixtures, and )<br>appurtenances thereto or therein; and )<br>)<br>REAL PROPERTY KNOWN AND )<br>NUMBERED AS 2328 HAYMAKER )<br>ROAD, MONROEVILLE, PA 15146, )<br>including all improvements, fixtures, and )<br>appurtenances thereto or therein. )<br>)<br>Defendants. ) | Civil Action No. 06-1609 |

ORDER OF COURT

AND NOW, this 10th day of May, 2007, it hereby

ORDERED, ADJUDGED, and DECREED that Mary McKeen Houghton, Assistant United States Attorney, is hereby appointed as attorney-in-fact for Nicole M. Cypher in order to transfer title of the 2003 Ford Cobra Mustang, VIN 1FAFP48Y63F319093 (the "Defendant Vehicle") to J & A Auto Sales, 3618 Laketon Road, Pittsburgh, PA; and that she shall be authorized to sign all necessary documents, including the titles, to effectuate the transfers of the Defendant Vehicle.

_____ J.