IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1609 |
| ) | |
| REAL PROPERTY KNOWN AND ) | |
| NUMBERED AS 116 WHISTLE DRIVE, ) | |
| HARRISON CITY, PA 15636, including ) | |
| all improvements, fixtures, and ) | |
| appurtenances thereto or therein; and ) | |
| ) | |
| REAL PROPERTY KNOWN AND ) | |
| NUMBERED AS 2328 HAYMAKER ) | |
| ROAD, MONROEVILLE, PA 15146, ) | |
| including all improvements, fixtures, and ) | |
| appurtenances thereto or therein. ) | |
| ) | |
| Defendants. ) | |

ORDER OF COURT

AND NOW, this 29th day of May, 2007, it hereby

ORDERED, ADJUDGED, and DECREED that Mary McKeen Houghton, Assistant United States Attorney, is hereby appointed as attorney-in-fact for Joan Kisak in order to transfer title of the 2006 Chevrolet Corvette, VIN 1G1YY26E165130528 (the "Defendant Vehicle") to Lakeview Ford, Inc., 12381 Conneaut Lake Road, Conneaut, PA 16316; and that she shall be authorized to sign all necessary documents, including the titles, to effectuate the transfers of the Defendant Vehicle.

_____ J.