IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1609 |
| ) | |
| REAL PROPERTY KNOWN AND ) | |
| NUMBERED AS 116 WHISTLE DRIVE, ) | |
| HARRISON CITY, PA 15636, including ) | |
| all improvements, fixtures, and appurtenances ) | |
| thereto or therein; and ) | |
| ) | |
| REAL PROPERTY KNOWN AND ) | |
| NUMBERED AS 2328 HAYMAKER ROAD, ) | |
| MONROEVILLE, PA 15146, including ) | |
| all improvements, fixtures, and appurtenances ) | |
| thereto or therein. ) | |
| ) | |
| Defendants. ) | |

ORDER

AND NOW, this 4th day of June, 2007, it is hereby,

ORDERED, ADJUDGED and DECREED that this civil forfeiture action is stayed until further Order of Court. The court shall mark this case administratively closed.

_____
United States District Judge