IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1609 |
| ) | |
| REAL PROPERTY KNOWN AND ) | |
| NUMBERED AS 116 WHISTLE DRIVE, ) | |
| HARRISON CITY, PA 15636, including ) | |
| all improvements, fixtures, and appurtenances ) | |
| thereto or therein; and ) | |
| ) | |
| REAL PROPERTY KNOWN AND ) | |
| NUMBERED AS 2328 HAYMAKER ROAD, ) | |
| MONROEVILLE, PA 15146, including ) | |
| all improvements, fixtures, and appurtenances ) | |
| thereto or therein. ) | |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW, this 22 day of Dec , 2007, it is hereby,

ORDERED, ADJUDGED and DECREED that the United States shall liquidate and deposit the savings bonds, copies of which are attached hereto as Exhibit A, into the court ordered account and disbursed in accordance with the prior Stipulation and Order of Court dated February 21, 2007.

_____
J.

EXHIBIT A







