IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1609 |
| ) | |
| REAL PROPERTY KNOWN AND ) | |
| NUMBERED AS 116 WHISTLE DRIVE, ) | |
| HARRISON CITY, PA 15636, including ) | |
| all improvements, fixtures, and ) | |
| appurtenances thereto or therein; and ) | |
| ) | |
| REAL PROPERTY KNOWN AND ) | |
| NUMBERED AS 2328 HAYMAKER ) | |
| ROAD, MONROEVILLE, PA 15146, ) | |
| including all improvements, fixtures, and ) | |
| appurtenances thereto or therein. ) | |
| ) | |
| Defendants. ) | |

**ORDER OF COURT**

AND NOW, this 15th day of April, 2008, it is hereby ORDERED, ADJUDGED and DECREED that Joan Kisak is authorized to sell by interlocutory sale the defendant real property located at 116 Whistle Drive, Harrison City, Pennsylvania 15636 (the 116 Whistle Drive Property) to John R. and Kelli A. Tamewitz for the price of $422,000.00 pursuant to the agreement of sale attached to the government's motion as Exhibit A. The interlocutory sale will be "as-is" and will be free and clear of all of the forfeiture rights of the United States.

It is further ORDERED that Joan Kisak execute a quit claim deed to the purchasers. Title shall pass directly from the current title holders, Joan Kisak, to the purchasers. The United States will not be in the chain of title with regard to the sale of the 401 Sixth Avenue Property.

It is further ORDERED that the net sales price, after payment of the real estate commission, taxes, mortgage and judgment liens of record prior to the United States' filing of its lis pendens, and other valid charges against the 116 Whistle Drive Property at time of closing, will be deposited by the United States Attorney into the Kisak Court Ordered Account, account number 2670423945 at Dollar Bank, Pittsburgh, Pennsylvania, subject to the Court's prior orders regarding the Kisak Court Ordered Account. Any disputes concerning the validity and/or priority of liens shall be resolved by the United States District Court prior to closing. The net proceeds of sale will become the substitute res in this action.

_____
United States District Judge