IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1609 |
| ) | |
| REAL PROPERTY KNOWN AND ) | |
| NUMBERED AS 116 WHISTLE DRIVE, ) | |
| HARRISON CITY, PA 15636, including ) | |
| all improvements, fixtures, and ) | |
| appurtenances thereto or therein; and ) | |
| ) | |
| REAL PROPERTY KNOWN AND ) | |
| NUMBERED AS 2328 HAYMAKER ) | |
| ROAD, MONROEVILLE, PA 15146, ) | |
| including all improvements, fixtures, ) | |
| and appurtenances thereto or therein. ) | |
| ) | |
| Defendant. ) | |

JUDGMENT AND FINAL ORDER OF FORFEITURE

AND NOW, this 13th day of June, 2008, it is hereby

ORDERED, ADJUDGED, and DECREED that all monies currently contained in the Kisak Court Ordered Account, Account Number 2670423945, at Dollar Bank, Pittsburgh, PA, be, and hereby is, forfeited to the United States of America free and clear of all right, title and interest of any person or entity.

_____
J.