IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1609 |
| ) | |
| REAL PROPERTY KNOWN AND ) | |
| NUMBERED AS 116 WHISTLE DRIVE, ) | |
| HARRISON CITY, PA 15636, including ) | |
| all improvements, fixtures, and ) | |
| appurtenances thereto or therein, ) | |
| ) | |
| REAL PROPERTY KNOWN AND ) | |
| NUMBERED AS 2328 HAYMAKER ) | |
| ROAD, MONROEVILLE, PA 15146, ) | |
| including all improvements, fixtures, and ) | |
| appurtenances thereto or therein, ) | |
| ) | |
| ALL ITEMS OF PERSONAL PROPERTY ) | |
| CURRENTLY LOCATED IN THE DEFENDANT ) | |
| WHISTLE DRIVE REAL PROPERTY, ) | |
| EXCLUDING PERSONAL CLOTHING ) | |
| BELONGING TO MAURO KISAK, PERSONAL ) | |
| CLOTHING BELONGING TO GIA KISAK, ) | |
| AND TOYS BELONGING TO GIA KISAK, ) | |
| ) | |
| A DIAMOND ENGAGEMENT RING ) | |
| PURCHASED FROM KOLMAN JEWELERS, ) | |
| ) | |
| A 2003 FORD COBRA MUSTANG, ) | |
| VIN 1FAFP48Y63F319093; ) | |
| A CORVETTE Z06, VIN 1G1YY26E165130528; ) | |
| 2004 HONDA CBR 1000 MOTORCYCLE; ) | |
| A BLACK SUZUKI MOTORCYCLE AND ) | |
| CUSTOM CHOPPER, VIN MVIN225905IND, ) | |
| ) | |
| Defendants. ) | |

JUDGMENT AND FINAL ORDER OF FORFEITURE

AND NOW, this __4__ day of __Sept__, 2012, upon consideration of the United States' Motion to Liquidate and Close Court Ordered Account, it is hereby ORDERED, ADJUDGED, and DECREED that the motion is GRANTED, and the Gia Kisak Trust Court Ordered Account, Account Number 2670975528 at Dollar Bank, Pittsburgh, PA, be liquidated and closed, and that the monies contained therein be made payable to Mauro Kisak and released to a representative of the United States Attorney's Office.

_____
                             J.